```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (877) 833-2445
        E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHEN DRUMMOND, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:23-cv-00942-JLT-BAM <br><br> STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from December 20, 2023, up to and including February 22, 2024.  This is Defendant's first request for an extension.

Defendant requests this extension in order to further consider the nearly 800 page administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district and other districts.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: November 28, 2023 | | /s/  *Jonathan O. Pena\** |
| | | (*as authorized via e-mail on November 28, 2023) |
| | | JONATHAN O. PENA |
| | | Attorney for Plaintiff |
| Dated: November 28, 2023 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | MATHEW W. PILE |
| | | Associate General Counsel |
| | | Social Security Administration |
| | By: | /s/ *Erin A. Jurrens* |
| | | ERIN A. JURRENS |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 22, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **November 28, 2023**              /s/ Barbara A. McAuliffe            _
                                             UNITED STATES MAGISTRATE JUDGE