1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS STEPHEN DRUMMOND, | ) Case No.: 1:23-cv-0942 JLT BAM |
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES AND )  EXPENSES PURSUANT TO THE EQUAL )  ACCESS TO JUSTICE ACT |
| v. | ) |
| MARTIN O'MALLEY, Commissioner of Social Security[1], | ) (Doc. 24) ) |
| Defendant. | ) ) ) |

Thomas Stephen Drummond and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,191.82 pursuant to the Equal Access to Justice Act.  (Doc. 24 at 1.)  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $7,191.82 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **September 6, 2024**

UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this suit.